

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2016

No. 04-16-00350-CV

**IN THE INTEREST OF A.E.-V.,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01940
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to July 26, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court